No. 10–9028.  WILLS *v.* TILTON ET AL.  Ct. App. Cal., 5th App. Dist.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 10–9370.  LEWIS *v.* WASHINGTON.  Ct. App. Wash.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–9457.  BROWN *v.* UNITED STATES· ET AL.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*  JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.  ■

No. 10–9528.  SALDANA *v.* UNITED STATES.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10M94.  DULLARD *v.* COLONIAL HEIGHTS CONDOMINIUM ASSN. ET AL.;
    No. 10M95.  MCCULLOUGH *v.* UNITED STATES;
    No. 10M96.  CONNER *v.* HART ET AL.;
    No. 10M97.  BURNS ET UX. *v.* BANK OF AMERICA ET AL.;
    No. 10M100.  PRESNELL *v.* RAY ET AL.;
    No. 10M101.  MEHTA ET AL. *v.* CITY OF JERSEY CITY, NEW JERSEY, ET AL.; and
    No. 10M103.  CREWS *v.* UNITED STATES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.